# INMATE HANDBOOK

## INTRODUCTION

While you are in the County Correctional Facility-Central, your basic needs will be met, your rights will be protected and you will reside in a safe and secure environment. The County Correctional Facility-Central is a direct supervision facility. This means you must comply with jail rules and regulations and follow the instructions of staff members.
Your cooperation will allow you access to privileges and programs.

### EXPECTED BEHAVIOR

As an inmate in the County Correctional Facility-Central you are **expected** to:

- Follow all rules and regulations
- Comply with all orders/directions from jail staff
- Maintain good personal hygiene consistent with group living
- Maintain a clean and orderly cell/common area
- Respect jail staff, volunteers & other inmates

**Unacceptable behavior may result in a loss of privileges and isolation from other inmates and/or a move to a disciplinary housing unit.**

### INMATE RIGHTS

**You have the right to:**

- **A safe & secure environment**
- **Be treated with respect, impartiality and fairness**
- **Freedom of religious affiliation and worship**
- **Correspond with family & friends**
- **Correspond with the news media**
- **Access court & legal counsel**
- **Medical and dental care**
- **Nutritious meals**
- **Clean clothing, bedding, showers, shaves & hair care.**
- **Daily exercise.**
- **Protection from abuse, corporal punishment, personal injury, disease and damage to or theft of your property.**

### MEDICAL & DENTAL CARE

**This care is available at the Central facility. The following procedure is to be followed when requesting medical/dental care:**

- **Inmates will complete a "Non-Emergency Health Care Request" form properly completing all information. This form is a request to be seen by a licensed member from the Health Services Unit. Completion of this form does not guarantee a visit from a health care professional, but does ensure it will be reviewed.**
- **There is a $7.50 co-pay charge for medical care and an additional $10.00 fee for the dentist. The money will be deducted from your commissary account. If you are indigent, a negative balance will be entered. Your medical and dental care needs will be addressed regardless of your ability to pay.**



Case 2:11-cv-01131-LA Filed 02/21/13 Page 1 of 8 Document 166-2

EXHIBIT B

- **"Non-Emergency Health Care Request" forms are collected by nursing personnel 7 days a week in the evening. The form is attached to your medical file where a nurse will review it. Inmates with urgent medical problems will be seen first.**
- **If your condition warrants, the nurse may refer you to the doctor or the nurse practitioner at no additional cost.**

Good Oral Health Care: Why Brush your teeth?

- **Prevents tooth decay and cavities. Tooth decay can lead to more serious problems, such as infection.**
- **Prevents gum (periodontal) disease, which damages gum tissue and the bones that support the teeth.**
- **Prevents bad breath.**
- **Improves your overall health.**

**Brushing Technique:**

**With the toothbrush at a 45 – degree angle against the outer surface of your teeth and gums use gentle circular strokes overlapping your strokes as you move from the back of your mouth to the front of your mouth.**

**With the toothbrush at a 45 – degree angle against the inner surface of your teeth and gums use gentle back and forth circular strokes.**

**After you complete brushing all the outer and inner surfaces of the teeth next to the gum, go back and brush the "tops" or chewing surfaces of your teeth.**

**Use the "tip" of your brush to clean the inside of the upper and lower front teeth using a gentle up and down stroke.**

MENTAL HEALTH CARE

**This care is available at the Central Facility. The following procedure is to be followed when requesting Mental Health care:**

- **Inmates will complete a "Non-Emergency Health Care Request" form properly completing all information. This form is a request to be seen by a licensed member from the Mental Health staff. Completion of this form does not guarantee a visit from a Mental Health staff member, but does ensure it will be reviewed.**
- **There is** no charge **for Mental Health services.**
- **"Non-Emergency Health Care Request" forms are collected by nursing personnel 7 days a week. Mental Health requests are forwarded to Mental Health staff and reviewed.**
- **If your condition warrants, the psychiatric social worker may refer you to be seen by a psychiatrist or other Mental Health provider.**

**MAIL**

You may receive an unlimited amount of mail five days a week and send out an unlimited amount of mail seven days a week. You are permitted to subscribe to books, magazines, newspapers & printed materials that must come directly from the publisher via US mail. The following additional rules apply to mail:

- Officers will open/inspect all incoming mail & forward to the pods for distribution.

- You may receive correspondence, non-Polaroid pictures & funds (money orders/checks – funds are placed in your account & you receive a receipt; no cash). Any other items are unauthorized.
- Unauthorized items are contraband and will be confiscated and disposed of according to the Central Facility policy.
- All outgoing mail must have your full name and housing assignment in the upper left-hand corner of the envelope. Your mailing address is:

(Your full name) & Booking ID#
Floor, Pod & cell number
949 N. 9th Street
Milwaukee, Wisconsin 53233
County Correctional Facility-Central

TELEPHONES

**Telephones are located in the Booking Room & Pods. You will share the telephones with all inmates in the pod. All telephone calls are monitored / recorded.**

**Telephone privileges will begin after your pod passes daily inspections. You are permitted to use the telephones when you are in the dayroom. Out-going calls are collect unless using a phone card. If the person you are calling accepts the call, they will be charged for the call. All calls are limited to 15 minutes and then the call is cut off by the system. No three-way calls are allowed. Abuse or illegal use of the telephone privileges will result in loss of privileges, disciplinary action or criminal charges. Pod telephones will not accept incoming calls. Upon verification, Central staff may convey messages from your attorney regarding legal issues or messages from immediate family regarding serious illness or death.**

PROPERTY

**Only certain types of property can be transferred to prison. Before you are transferred to any facility you will be asked to sign a property release form allowing someone to pick up your property. If no one picks up the property, it will be destroyed after 10 days.**

USE OF FORCE

**Officers will use force when necessary to protect staff, visitors and inmates from death, to prevent escape, bodily injury and/or to maintain order.**

**M. GENERAL POD RULES**

1. Inmates must lock in immediately when ordered & must comply with all orders from jail staff.
2. Inmates must be fully clothed when outside their cells (orange or blue shirt/pant, grey t-shirt, socks & shower (shoes). Inmates may wear a t-shirt and gym shoes while in the gym, but may not roll up pant legs or shirts sleeves or alter clothing in any way.
3. Inmates may wear only nonmetallic religious symbols.
4. Inmates may not wear or display any type of gang signs or symbols.
5. Inmates must keep their cell doors fully open (unless using the toilet or out of the pod).
6. Inmates must sweep cells, wet mop the floor, make beds & remove garbage from cells before pod inspections.
7. Inmates may not attach objects to cell or pod walls, doors, vents, window, or lights.
8. Inmates may have (5) books/magazines and (1) newspaper and no excessive mail in cells.
9. Inmates may store unopened packaged foods purchased from the commissary in their cells.
10. Telephones and televisions are not available until **ALL** pod areas pass the officer's inspection.
11. Inmates may not enter another inmate's cell.


Case 2:11-cv-01131-LA Filed 02/21/13 Page 3 of 8 Document 166-2

12. Inmates will be held responsible for any damage to their cells, jail linen and clothing including graffiti.
13. Inmates must keep all common pod areas clean.
14. Inmates may approach the workstation only when an officer is present. Inmates may not reach over the counter.
15. Inmates may not be loud, boisterous or disruptive.
16. Inmates may not sit on the stairs or tables or look through the blinds in the housing area.
17. Inmates are required to maintain a level of personal hygiene consistent with group living.
18. No nude or inappropriate pictures allowed or displayed

**VISITING:**

Visiting days for inmates incarcerated at the County Correctional Facility-Central will be allowed on Tuesday, Saturday, & Sunday. 2 sessions are held:

- Session 1: 7:00 a.m. – 1:30 p.m.
- Session 2: 3.00 p.m. – 9:30 p.m.

Session 1: 7 a.m. – 10 a.m. & Noon – 1:30 p.m.
Session 2: 3 p.m. – 5 p.m. & 7 p.m. – 9:30 p.m.

Visits are scheduled using the first letter of your last name:

- Tuesday A-L Session 1; M-Z Session 2
- Saturday A-L Session 2; M-Z Session 1
- Sunday A-L Session 1; M-Z Session 2

**Inmates can receive one visit per day; 2 per week. Two adult (18 & older) visitors are allowed each visit.**

- Visiting is on a first come first serve basis and sign-in begins 30 minutes prior to any session.

**GRIEVANCES**

If you feel that you are being treated unjustly or unfairly you may file a grievance. A grievance must:

- Address an issue personally affecting an inmate in the area of health, welfare, a facility operation or service
- Address a rule or procedure
- Address a complaint of oppression or misconduct by an employee.

You should file a grievance **only** after you have addressed the problem with the dorm officer and are not satisfied with the result.

Grievance Procedure:

1. Complete a written grievance form
2. If you need help completing the form, ask the officer or request the assistance of an advocate.
3. The completed grievance will be placed in the designated locked box located at the workstation.
4. The assigned sergeant will review your grievance and send you a written response within (7) working days of receiving the grievance.


Case 2:11-cv-01131-LA Filed 02/21/13 Page 4 of 8 Document 166-2

## DISCIPLINE CATEGORIES & RANGES

| Category | Range | Median |
|---|---|---|
| I | 0 to 24 hours | N/A |
| II | 1 to 5 days | 3 days |
| III | 1 to 10 days | 5 days |
| IV | 1 to 15 days | 8 days |
| V | 1 to 20 days | 10 days |

### N. REPEAT VIOLATIONS

Enhanced penalties shall be used when:

- An inmate accumulates an additional violation for a rule he/she was previously disciplined for.
- The second or subsequent violation occurs during the inmate's present custody period. The hearing officer may impose a sanction equal to twice the median sanction for a second violation and three times the median for a third or greater occurrence (this procedure is not applicable to Category 1 violations).

### O. CATEGORY 1

101 Possession of unauthorized clothing
102 Possession of excess clothing/bedding
103 Failure to keep dorm clean according to jail standards
104 Littering
105 Affixing items to walls, doors, vents, windows or lights fixtures
106 Wearing headbands or head coverings without authorization
107 Failure to be fully dressed when out of cell
108 Storing drinks or foods other than unopened packaged foods purchased through the commissary
109 Failure to remain silent during inmate movements through the facility
110 Disobeying verbal or written orders from any staff
111 Verbally or physically demonstrating disrespect to any staff member
112 Refusal to report for work on an assigned inmate job
113 Horseplay
114 Possession of contraband
115 Violation of safety or sanitation regulation

## CATEGORY 2

201 Intentional removal of ID bracelet
202 Use of obscene language to jail staff
203 Defacing county property
204 Being in an unauthorized area
205 Participating in gang-related activity or communication whether verbal or nonverbal
206 Possession of stolen property
207 Theft
208 Disobeying verbal or written orders from officers
209 Engaging in inappropriate physical contact
210 Making sexual threats, proposals or gestures
211 Intentionally damaging jail non-security or non-safety equipment
212 Committing any act that disrupts the orderly operation of the jail
213 Threats to another person
214 Indecent exposure
215 Possession of unauthorized medication
216 Misuse of authorized medication
217 Possession and/or manufacture of unauthorized beverages


Case 2:11-cv-01131-LA Filed 02/21/13 Page 5 of 8 Document 166-2

218 Possession of unauthorized monetary items, i.e. credit cards, money, checks, etc.
219 Failure to cooperate with jail count
220 Violation of visiting regulations
221 Violation of telephone or mail regulations
222 Gambling
223 Possession and/or use of smoking materials
224 Failure to comply with Classification procedures
225 Failure to follow the directions of Court Service Officers while being transported to or from court or during any judicial proceeding
226 Presenting false information to staff
227 Tattooing

**CATEGORY 3**

301 Tampering with any permanent building fixture
302 Refusing an order to lock in
303 Throwing or projecting any item or substance
304 Committing any act which necessitates a security search by staff

**CATEGORY 4**

401 Intentionally damaging jail security or safety property
402 Committing any act that disrupts a judicial proceeding
403 Participation in a disturbance requiring CERT or K9 Team
404 Extortion or blackmail
405 Committing any act that requires staff to use force against an inmate
406 Possession of another inmate's ID bracelet
407 Committing any act that requires the use of force by Court Services while being moved to, from or during a judicial proceeding
408 Throwing, smearing or the inappropriate intentional misplacement of any bio-hazardous substance
409 Possession of a controlled substance
410 Flooding or causing leakage to cells, walls or floors.

**CATEGORY 5**

501 Assault
502 Sexual Assault
503 Arson
504 Possession of weapon or dangerous instrument
505 Participation in riots
506 Escape or attempted escape
507 Fighting

**HEARING & APPEALS**

When you are charged with a Category 1 violation you will be advised by the pod officer of the rule violated and the amount of lock-in time to be imposed and you will report to your cell immediately.

When you are charged with a Category 2-5 violation, you:

- Will be given a copy of the disciplinary notice 24 hours prior to a hearing that contains the rule(s) violated and a description of what happened
- Will be scheduled for a hearing within (7) days of the violation. The hearing may be conducted earlier if you waive the 24-hour notice

- May attend the hearing but have the option of waiving your right to attend by submitting written statement to the hearing officer.
- Will be given an opportunity to call witnesses who have relevant information to the charges and to present documentary evidence on your behalf except when doing so would jeopardize security. Reasons for denying such a request are to be stated in writing and given to the inmate. However; inmates do not have the right to confront or cross-examine witnesses or the right to civilian counsel.
- Will receive a written copy of the hearing officer's decision
- If you wish to appeal the decision: Submit an appeal in writing to the Inspector within 14 days of receiving the decision. The Inspector will review your appeal & make a decision within (7) working days of receiving it. A written copy will be given to you. The Inspector's decision is FINAL.

## EARNING GOOD CONDUCT

Inmates at the County Correctional Facility-Central will earn good conduct time in accordance with State Laws. Good conduct time is given to inmates serving a misdemeanor sentence or commitment issued from the Milwaukee County Sheriff's Office and based on Wis. Statue 303.19(3). In this case, (5) days of good conduct time will be given at the end of each month provided there are **no violations of institution rules.**

## VOTING

The librarian is a Deputy Registrar with the City of Milwaukee Election Commissioners. Upon written request, the librarian will assist you with registration and absentee voting. All registration forms must be received at the City Election Commission by 5p.m., exactly 20 days prior to all elections (3rd Wednesday before Election Day).

If you are already a registered voter and wish to vote by absentee ballot, your request for an absentee ballot must be received at the City Election Commission by 5p.m. on Election Day.

## POSSESSION

Per SC6.3.1 of the Milwaukee County Sheriff's Office Correctional Facility-Central Policy and Procedure Manual the following items are authorized for inmate possession:

| Item(s) | Quantity |
|---|---|
| Legal papers | Unlimited |
| Radio | One (1) Purchased via Commissary |
| Books/Magazines | Five (5) |
| Newspapers | One (1) |
| Eye glasses | Prescriptions only |
| Bible | Two (2) |
| Photos | Ten (10) non-polaroids |
| Stationary | Unlimited |
| Envelopes | Unlimited |
| Stamps | Unlimited |
| Combs | One (1) |
| Toothpaste | Two (2) tubes |
| Toothbrush | One (1) |
| Soap | Two (2) bars |
| Deodorant | Two (2) |
| Shampoo | Two (2) |
| Plastic Cup | One (1) |
| Styrofoam Cup | One (1) |
| Inmate handbook | One (1) |


Case 2:11-cv-01131-LA Filed 02/21/13 Page 7 of 8 Document 166-2

| | |
|---|---|
| Mail | Ten (10) pieces |

| **CLOTHING:** | **Jail issued orange and blue** |
|---|---|
| Jail pant | One (1) |
| Jail shirt | One (1) |
| T-shirt | Two (2) |
| Underwear | Two (2) |
| Socks | Two (2) pair |
| Shower shoes | One (1) pair |
| Towel | One (1) |
| Washcloth | One (1) |
| Sheets | Two (2) |
| Blanket | One (1) |

**GOOD TIME:**

An inmate that is a sentenced misdemeanant or felon may have received good time from the courts during sentencing.

Any inmate that commits a violation from category 2-5 will be sent to the discipline unit. If the violation includes, but is not limited to, a physical altercation that inmate may lose "Good Time" awarded by the court. An inmate may lose up to 2 days per violation.

## REPORTING SEXUAL ABUSE:

An inmate that feels that an Officer has sexually assaulted, committed sexual misconduct, or has had sexual contact with an inmate must report these actions immediately. An inmate may report this using the grievance system, notifying staff (to include but not limited to trusted officers, PSW staff, or medical staff). All allegations will be investigated. This is in compliance with PREA 2003.


Case 2:11-cv-01131-LA Filed 02/21/13 Page 8 of 8 Document 166-2