# RULES VIOLATION REPORT

INMATE NAME: Tatum Robeet (Last, First, Middle) S/R: M/B DOB: 08/02/1980

C/CJIS BOOKING # 04197220 4 HOUSING AT TIME OF INCIDENT: 5B #33

DATE OF INCIDENT: 10/21/2010 TIME OF INCIDENT: 1807

Sgt. Hale F. (notified / on the scene. )

Immediate action taken: ( remained in pod, moved to ______ )

Use of Force by: Inmate / Deputy

| RULE # | DESCRIPTION OF VIOLATION |
|---|---|
| 1. | Multiple lock in violator per squad 328 |
| 2. 202 | use of obscene language to jail staff |
| 3. 212 | Committing any act that disrupt the orderly operation of the jail |
| 4. 208 | Disobeying verbal or written orders from staff |
| 5. | |
| 6. | |

A Disciplinary hearing will be held on 10/28/10 (date) at 1400-2200 hrs (time)

Inmate provided hearing notice and written copy of violations on 10/23/10 (date)

at 1521 hrs. (time) Deputy Signature: S. H 137 / S. Henderson #137

BRIEF STATEMENT OF FACTS SUPPORTING VIOLATION(S):

Inmate Tatum who was previously locked in on a 23hr asked for tissue I stated I would get him some, while conducting an inspection Tatum pressed his emergency button and state "Bring me some mutherfucken tissue." Sgt. Hale was notified of Tatum being locked in. Sgt Hale ordered myself to write rules violation for multiple Lockins. Additional staff needed to escort inmate Tatum out of Pod to 4D. Before inmate was locked in. inmate was order to keep all food from dinner in dayroom area. Inmate took two cakes to cell, Inmate was ordered to keep his books in dayroom, Inmate was had Volume 5 in his cell.

DEPUTY SIGNATURE: Diggins-Davis P. BADGE #: 28 DATE: 10/21/10

EXHIBIT H

(Circle one)

Reports are "completed & attached" ...... "still being reviewed" Per Sgt: Sgt F. Hale S28

DISTRIBUTION: White - Hearing Lt., Pink - Inmate, Blue - 4D

# R LES VIOLATION REP RT

(21)

ATE NAME: Tatum, Robert (Last, First, Middle) S/R: M/B DOB: 08/02/80

C/CJIS BOOKING # 041972204 HOUSING AT TIME OF INCIDENT: Pod 5B

DATE OF INCIDENT: 10/21/10 TIME OF INCIDENT: 2030 hrs

Sgt. F. Hale ( notified / on the scene.)

Immediate action taken: ( remained in pod, moved to 4D #21)

Use of Force by: Inmate / Deputy

| RULE # | DESCRIPTION OF VIOLATION |
| --- | --- |
| 1. 405 | Committing any act that requires use of force |
| 2. 403 | Participation in a disturbance requiring a C.E.R.T. team |
| 3. 305 | Committing any act, which necessitates a security search |
| 4. 213 | Threat to another person |
| 5. 212 | Committing any act that disrupts the orderly operation of the jail |
| 6. 210 | Making sexual threats, proposals or gestures |

A Disciplinary hearing will be held on 10/28/10 (date) at 1400-2200 hrs (time)

Inmate provided hearing notice and written copy of violations on 10/23/10 (date)

at 1600 hrs. (time) Deputy Signature: [signature] 137 / S. Henderson #137

BRIEF STATEMENT OF FACTS SUPPORTING VIOLATION(S):

At 2030 hrs Δ Tatum, Robert was disruptive in Pod 5B (212, 403), by making verbal threats to harm staff when given the chance (403, 213, 212). Δ Tatum was locked in his cell (#33) refusing to cooperate w/ jail staff to be escorted to Pod 4D (212, 305, 403). Due to non-compliance, additional jail staff (Squad 322) responded on scene to show force/control (212). Δ Tatum constantly threaten staff w/ physical violence stating "fuck y'all, you gotta do what you gotta do"! (405, 403, 305, 213, 212, 210). (CO) Leeman sprayed Δ Tatum due to non-compliance, Δ Tatum then complied to come out of his cell. Δ was placed in a RIPP restraint belt w/o incident, during escort, Δ became agitated by cursing towards jail staff (305, 213, 212, 210) disrespectfully, stating "you fucking sprayed me, you ain't even no real dam sergeant" (towards Squad 328)

DEPUTY SIGNATURE: [signature] 137 BADGE #: 137 DATE: 10/21/10

(Circle one)

Reports are "completed & attached" ..... "still being reviewed" Per Sgt: [signature] 333

DISTRIBUTION: White - Hearing LA Pink - Inmate Blue - File

Case 2:11-cv-01131-LA Filed 02/21/13 Page 2 of 14 Document 166-8

1163-1

(Date) at (Time) regarding inmate

TATUM, ROBERT
(Last Name) (First) (Initial) and violations of below listed County Jail Rules.

| VIOLATION Number | DISPOSITION (circle one) |
|---|---|
| 1 J202 | (Sustained) Not Sustained Modified to ______ / days Disciplinary Confinement consecutive / concurrent to # 212 |
| 2 J208 | (Sustained) Not Sustained Modified to ______ / days Disciplinary Confinement consecutive / concurrent to # 202 |
| 3 J212 | (Sustained) Not Sustained Modified to ______ / days Disciplinary Confinement consecutive / concurrent to # 208 |
| 4 | Sustained Not Sustained Modified to ______ days Disciplinary Confinement consecutive / concurrent to # ______ |
| 5 | Sustained Not Sustained Modified to ______ days Disciplinary Confinement consecutive / concurrent to # ______ |
| 6 | Sustained Not Sustained Modified to ______ days Disciplinary Confinement consecutive / concurrent to # ______ |

| TOTAL | ______ days Disciplinary Confinement<br>______ days credit for time already served<br>______ Balance of Disciplinary Confinement |
|---|---|
| | Inmate to be reclassified on (date): |

Hearing Officer's Notes: See Attached Rules violation. These two cases were combined. Inmate will serve 2 days Special bag lunches will be ordered for MR. Tatum.

Capt Peter R [illegible]

You are entitled to Appeal this Hearing to the Deputy Inspector **within 14 days** of this date.

Inmate provided a copy of FINDINGS on: ______ (Date) ______ (Time)

Hearing Officer's Signature: ______

ADJ until (date): ______ Reason: ______

# FINDINGS

An Initial Hearing was held on 10-30-10 (Date) at 1745 (Time) regarding inmate Tatum (Last Name) Robert (First) (Initial) and violations of below listed County Jail Rules.

| VIOLATION Number | DISPOSITION (circle one) |
|---|---|
| 1 | (Sustained) Not Sustained Modified to ______ 405 3 days Disciplinary Confinement consecutive / concurrent to # ______ |
| 2 | (Sustained) (Not Sustained) Modified to ______ 403. 3 days Disciplinary Confinement consecutive / concurrent to # 405 |
| 3 | (Sustained) (Not Sustained) Modified to ______ 305 days Disciplinary Confinement consecutive / concurrent to # ______ |
| 4 | (Sustained) Not Sustained Modified to ______ 213 / days Disciplinary Confinement consecutive / concurrent to # 403 |
| 5 | (Sustained) Not Sustained Modified to ______ 212 / days Disciplinary Confinement consecutive / concurrent to # 213 |
| 6 | Sustained (Not Sustained) Modified to ______ 210 days Disciplinary Confinement consecutive / concurrent to # ______ |
| TOTAL | 11 days Disciplinary Confinement<br>9 days credit for time already served<br>2 Balance of Disciplinary Confinement |
| | Inmate to be reclassified on (date): |

Hearing Officer's Notes: This Report is combined w/ another report. Mr. Tatum will receive 2 more days on discipline. Bag lunches will be ordered for Mr. Tatum

Capt. Peter R Jaskulski CO

You are entitled to Appeal this Hearing to the Deputy Inspector **within 14 days** of this date.

Inmate provided a copy of FINDINGS on: ______ (Date) ______ (Time)

Hearing Officer's Signature: ______

ADJ until (date): ______ Reason: ______

# Milw Cnty Sheriff's Office — Incident Report

**Incident:** Obscene Lanquaqe to Staff

| Incident Report Number: | Between: Date - Time | | And/At: Date-Time | |
|---|---|---|---|---|
| 10-007718 | | | 10/21/10 | 18:00 |

**Incident Location:** 949 N 9th St, Milwaukee, WI, 53233

| CFS Code-1: | CFS Code-2: | CFS Code-3: | CFS Code-4: |
|---|---|---|---|
| J202 | J208 | J212 | |
| **CFS Code-5:** | **CFS Code-6:** | **CFS Code-7:** | **CFS Code-8:** |
| | | | |

| | Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|---|
| | | | |

Address: (Address, City, State, Zip) — Home Phone Number

Employer — Work Phone Number

Employer Address — Cell Phone Number

| | Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|---|
| | | | |

Address: (Address, City, State, Zip) — Home Phone Number

Employer — Work Phone Number

Employer Address — Cell Phone Number

SUMMARY

Inmate moved to disciplinary housing unit 4D for multiple lock-in, and other jail violations

| | Vehicle Information: (Year, Make, Model, Style, Color) | | | |
|---|---|---|---|---|
| **License Number:** | **State:** | **Expiration Year:** | **Vin:** | **Insurance Company:** |
| | | | | |

Other Vehicle Information: — NCIC#

| Reporting Officer(s): | Payroll Number: | Payroll Number: | Report Date: |
|---|---|---|---|
| Diqqins-Davis, CO Patrick S. | 144369 | | |

| Time Received: | Time Cleared: | Unit(s) Assigned: | Pages: |
|---|---|---|---|
| 20:13:01 | | | 1 Of 4 |

| Reviewed by: | Payroll Number | Copy To |
|---|---|---|
| Hale, Sgt [illegible] | [illegible] | |

Date: — CFS Code-1: J202 — Incident Report Number: 10-007718

Milw Cntv Sheriff's Office | **Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 10-007718 | 949 N 9th St, Milwaukee, WI, 53233 | 10/21/2010 |

**NARRATIVE**

On Thursday October 21, 2010, I, Correctional Officer (CO) Patrick Diggins-Davis badge #28, was assigned to work in full duty uniform, Second Shift (1400-2200 hours) for the Milwaukee County Sheriff's Office, at the County Correctional Facility (CCF-C), 949 North 9th Street in the City and County of Milwaukee and State of Wisconsin. I was assigned to pod 5B which is a direct housing unit of the CCF-C.

At approximately 1815 hours, I notified Sergeant (Sgt) Fatrena Hale Squad 328 that inmate Robert Tatum (M/B, DOB 08/02/1980), was locked in for continuously not following pod rules. While being locked in, inmate Tatum yelled out of his cell "Diggins bring me some muthafucken tissue." Sgt Hale stated to me she was not going to continue to tolerate this behavior from inmate Tatum and she would have inmate Tatum moved to Disciplinary Housing Unit Pod 4D, for use of obscene language to jail staff, disobeying verbal or written orders from sworn staff, committing any act that disrupts the orderly operation of jail, and multiple lock-in violations.

At approximately 2025 hours, Sergeant Hale, CO's Sean Henderson and Michael Leeman entered the pod to escort inmate Tatum to pod 4D in RIPP restraint belt (RIPPS) per policy for failure to comply with county jail rules. I stayed at the officer's workstation while Sgt Hale, Co's Leeman and Henderson approached cell #33 which was occupied by inmate Tatum. CO Henderson asked inmate Tatum to step to the door and place his hands out of cell door when the door opened.

While at his cell, inmate Tatum began yelling "why am I going to 4D?" It appeared CO Henderson asked him again to place his hands out of the cell so he can be placed in the RIPP restraint belt and once he is secured he would be told why he was being moved. Inmate Tatum continued to yell and refuse to comply with CO Henderson's orders. Sgt Hale then asked Inmate Tatum to comply with orders from the officer and he would be told once he was out of his cell why he was being moved. Inmate Tatum did not comply. Sgt Hale stated to Tatum if he continued to disobey orders he would be Tasered in order to get him to comply and stated to Tatum." Is their anything I can say to get you to comply with my legal lawful orders." Inmate Tatum appeared to not comply by continuing to yell out of his cell.

At 2033 hours, Sergeant Sarah Wronski entered the pod and approached the cell occupied by inmate Tatum and she asked inmate Tatum to comply. It appeared to me that inmate Tatum refused to comply. I observed Sgt. Wronski draw her Taser and pointed it towards the door of cell #33. Inmate Tatum was then asked if he was going to comply to be placed in RIPP restraints. Inmate Tatum's door was cracked open by CO Henderson, Sgt Wronski then pointed her Taser at Tatum, but did not discharge the Taser. The cell door was closed. Sgt. Hale ordered me to bring the Oleoresin Capsicum (OC) spray that was at my workstation to her. The OC spray was handed to CO Leeman, who then deployed it into the cell. Inmate Tatum appeared to

| Reporting Officer(s): | ID Number | ID Number | Pages:: |
|---|---|---|---|
| Diggins-Davis, CO Patrick A. | 144309 | | 2 Of 4 |

Case 2:11-cv-01131-LA Filed 02/21/13 Page 6 of 14 Document 166-8

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 10-007718 | 949 N 9th St, Milwaukee, WI, 53233 | 10/21/2010 |

have his mattress shielding his body by tying his sheet around both his body and his mattress. After the OC was deployed, the cell door was closed.

From my vantage point, it appeared inmate Tatum had surrendered and agreed to comply. Inmate Tatum's door was opened and the RIPP restraint belt was placed on him successfully. At no time did I (Officer Diggins-Davis) use force on inmate Robert Tatum and no did I observe any other force used while in pod 5B other than the OC deployment. While CO's Leeman and Henderson were escorting inmate Tatum off the pod, Sgt. Wronski stated it appeared Tatum may have hit his head against the wall because if the red substance on his head. I packed and logged his property and took it to pod 4D. I have nothing else to report.

| Reporting Officer(s): | ID Number | ID Number | Pages:: |
|---|---|---|---|
| Diggins-Davis, Patricia | 144369 | | 3 Of 4 |

Milw Cntv Sheriff's Office **Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 10-007718 | 949 N 9th St, Milwaukee, WI, 53233 | 10/21/2010 |

**NAMES**

**Reporting Correctional Officer**
Diggins-Davis, Co Patrick S Sr B/M of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Supervisor-1**
Hale, Sergeant Fatrena U B/F of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Supervisor-2**
Wronski, Sergeant Sarah A W/F of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Assisting Correctional Officer-1**
Henderson, CO Sean B/M of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Assisting Correctional Officer-2**
Leeman, CO Michael W/M of 821 W State St, Milwaukee,WI,53233

**Inmate**
Tatum, Robert B/M-30 of 4523 W Garfield Ave, Milwaukee,WI,53208-1234
DOB: 08/02/1980
HT: 601 WT: 150 Hair: Black
Eyes: Brown Complexion: Medium Brown
Home Phone:(414) 461-1167

---

| Reporting Officer(s): | ID Number | ID Number | Pages: |
|---|---|---|---|
| Diggins-Davis, CO Patrick | 144369 | | 4 Of 4 |

| Milw Cnty Sheriff's Office | | | | Supplementary Report |
|---|---|---|---|---|
| Incident Report Number: 10-007721 | Incident Location: 949 N 9th St, Milwaukee, WI, 53233 | | | Incident Date: 10/21/2010 |
| New Incident: | | Original CFS Code - 1: J501 | New CFS Code - 1: | New CFS Code - 2: |

**NARRATIVE**

On Wednesday, June 27th, 2012, I, Detective Mitchell Gottschalk (D-24), was assigned in plain clothes to the Criminal Investigation Division-general Investigation Unit of the Milwaukee County Sheriff's Office when the following occurred.

At approximately 1510 hours, I removed a manila envelope from CID evidence locker #2. I opened the manila envelope and retrieved the audio CD from inside, in order to make a copy for Corporation Counsel Attorney Molly Zillig. The CD is an audio recording of my interview of Robert L. Tatum (M/B 08-02-80) that occurred on 01-14-2011. The CD was copied, and the original was returned to the manila envelope. The envelope was re-sealed, and returned to CID evidence locker #2.

End of report.

| Reporting Officer(s): | | Payroll Number: | Payroll Number: | Report Date: |
|---|---|---|---|---|
| Gottschalk, Det Mitchell B. | | 110376 | | 06/27/201[illegible] |
| Reviewed by: Carter, Sgt Daniel | Payroll Number: 116733 | Copy To: | | |

Milw Cnty Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 10-007721 | 949 N 9th St, Milwaukee, WI, 53233 | 10/21/2010 |

**NAMES**

**Court Official**

Zillig, Molly W/F of 901 N 9th St, Milwaukee,WI,53233
Work Phone:(414) 278-4311

---

| Reporting Officer(s): | ID Number | ID Number | Pages:: |
|---|---|---|---|
| Gottschalk, Det Mitchell J | 110376 | | 2 Of 2 |

Milw Cnty Sheriff's Office

# Property Report

| Property Number: | Case Number | Location: | Incident Date: |
| --- | --- | --- | --- |
| 11-000281 | 10-007721 | 949 N 9th St | 02/07/2011 11:02:02 |

| Name (Last, First, Middle) | DOB: | Race/Sex: |
| --- | --- | --- |
| | | |

| Address: (Address, City, State, Zip) | Home Phone Number: |
| --- | --- |
| | |

## Details of Recovery

| Recovered Location: (Address, City, State, Zip) | Recovery Date: |
| --- | --- |
| | 01/14/2011 11:00:58 |

| Found In Possession of: | Address: (Address, City, State, Zip) |
| --- | --- |
| | |

| ☑ Evidence | Place Retained: | ☐ Found Property |
| --- | --- | --- |

```
---------------------------------------------------------------------------
Item#    Type       Reason
---------------------------------------------------------------------------
 1       Article    Evidence
      Description:  Audio cd of interview of Tatum, Robert (M/B 08-02-80
       Quan/Value:  1.000 / $1.00
Disposition: Sent To Property Room
```

| Reporting Officer: | ID Number: | Reviewed by: | ID Number: | Report Date |
| --- | --- | --- | --- | --- |
| Gottschalk, Det Mitchell B | 110376 | | | 02/07/2011 |

## Disposition of Property

| Release Date: | Proof of Ownership: | Signature of Officer Authorizing Release: |
| --- | --- | --- |
| | | |

| Owner - Agent Printed Name: | Owner - Address: |
| --- | --- |
| | |

| Signature of Owner - Agent: | Signature of Officer Releasing Property: |
| --- | --- |
| | |

| Milw Cnty Sheriff's Office | | | Supplementary Report |
|---|---|---|---|
| Incident Report Number: 10-007721 | Incident Location: 949 N 9th St, Milwaukee, WI, 53233 | | Incident Date: 10/21/2010 |
| New Incident: | Original CFS Code-1: J501 | New CFS Code-1: | New CFS Code-2 |

**NARRATIVE**

On Friday, January 14th, 2011, I, Detective Mitchell Gottschalk (D-24), was assigned to the Criminal Investigations Division-General Investigations Unit in plain clothes when the following occurred.

At approximately 0930 hours, I was instructed by Captain Brian Barkow to re-interview Robert L. Tatum (M/B 08-02-80), regarding possible new information about an event that had occurred on Thursday, October 21st, 2010. I went to the County Correctional Facility-Central and interviewed Tatum in one of the professional visiting booths on the 4th floor.

I met with Tatum and introduced myself as Det. Gottschalk with the Milwaukee County Sheriff's Office. Immediately, Tatum wanted to know if I worked for "Barkow" in Internal Affairs. I clarified with Tatum that I worked for the Criminal Investigations Division of the Milwaukee County Sheriff's Office, and Tatum stated that he wanted to see the reports of the incident, because nobody had ever asked him his side of the story. I asked Tatum about this, and he immediately said that two detectives did come to talk to him, but they never looked into anything criminal. I then asked Tatum to tell me his version of the incident from the beginning.

Tatum stated that the incident that occurred in 5B, started because he had "locked myself in" due to a headache. Tatum stated that after "lock-in" that night, second shift, Correctional Officers Henderson and Leeman approached his cell and told him he was going to 4D. Tatum stated he wanted to know why and demanded to see a Sergeant. The Officers did inform Tatum that Sgt. Fatrena Hale was on the pod. Tatum then related to me that Sgt. Hale had previously been disrespectful to him. At this point, Tatum stated he asked Sgt. Hale why he was being moved to 4D. Tatum stated Sgt. Hale refused to tell him, and only asked if he was refusing to comply. It should be noted that this was not the first occasion that warranted the move of Tatum to 4D, so he should have been familiar with the protocol (when the cell door is open, the inmate puts his/her hands out through the opening in order to be cuffed). Tatum then stated that he did not want to go to 4D, due to his inability to eat when he is there. Tatum stated that his religion, Unorthodox Islam, only allows him to eat meat that is "Kosher", and the food in 4D is not prepared "Kosherly". Tatum also went on to state that the last time he was in 4D, he did not eat for 25 (twenty five) days. A check of jail records revealed that Tatum was in 4D for only 20 (twenty) days, including the night he was moved there, 09-22-10, and the day he was re-classed to a regular housing pod, 10-11-10. A further check revealed that in those 20 (twenty) days, Tatum refused 27 (twenty seven) out of 60 (sixty) meals. It should further be noted that per medical staff, Tatum has steadily gained weight since he was booked into CCF-C in June of 2010.

At this point, Tatum went on to tell me that he was trying to talk to Sgt. Hale, stating that he could not be moved to 4D without a "charge." Tatum also

| Reporting Officer(s): | | | Payroll Number: | Payroll Number: | Report Date: |
|---|---|---|---|---|---|
| Gottschalk, Det Mitchell B. | | | 110376 | | 01/17/2011 |
| Reviewed by: Gaudynski, Sgt Mark S. | Payroll Number 109951 | Copy To: | | 1 Of 3 | |

stated he demanded a Captain be present to tell him why he was being taken to 4D. Tatum then told me that inmates cannot be moved without knowing their "charge" first. Tatum stated C.O. Leeman then sprayed him, at which time Tatum said he complied. Tatum related to me that he thought compliance was knowing what his "charges" were before he was moved to 4D. Tatum then related to me that on a previous occasion, when he was moved to 4D, it was due to a "claustrophobic episode". Tatum said that the move would not have been warranted if staff had done what he wanted them to, which was let him talk to a psych nurse. He also related his second move to 4D was for "no reason", and this time was also for "no reason". Tatum believes that the jail staff was looking for a reason to "spray" him, or "tase" him. Tatum admitted that he was demanding to speak with a Captain, and only complied after he was sprayed.

Tatum stated he complied and was placed in RIPP restraints. Tatum was then escorted out of the pod and taken to the elevator. Tatum said that the C.O.'s were saying things like, "spicy", referring to the pepper spray. I asked Tatum if he said anything, and he admitted saying, "Leeman, you fucking the Captain don't make you a Sergeant!" Tatum said he stated this because he was mad at the situation, and later in the interview said that he was just trying to get C.O. Leeman to think, and Tatum wanted to clarify Leeman's position for him. Tatum then stated that they then waited for the elevator. When the elevator door opened, C.O. Henderson shoved Tatum's face into the back of the elevator. Tatum then stated that both C.O.'s Henderson and Leeman started punching him. Tatum first estimated that he was hit 3 or 4 times by each Officer. Tatum then stated it was at least 5 punches total, then said 6. I asked Tatum if he was hit 4 to 5 times, or was he hit 6 to 8 times. Tatum said, "either one." At this point, it is important to refer to Det. Timothy Lorch's report of the incident. Det. Lorch interviewed C.O. Melvin Finkley on October 22nd, 2010, who told Det. Lorch that he, Finkley, had asked Tatum if someone had punched him, to which Tatum stated, "No."

At this point, Tatum related how his face was injured in the elevator, which was consistent with the previous accounts given by C.O. Henderson, C.O. Leeman, and Sgt. Hale, with the exception that Tatum stated he was doing nothing but complying. After explaining this, Tatum explained to me what he thinks should be done. Tatum thinks the "Officers should be fired, brought up on criminal charges, and restitution paid." Tatum stated he deserves restitution for pain and suffering, stating, "You can't put a price on that." When asked how much would be a fair dollar amount, Tatum stated, "To be 100%, that's something I'd have to look at in totality, and I'd have to look at it based on how things turn out. How can I put this, as far as how the County proceeds, if they try to be fair, I'll try to be fair. If they wanna try play hardball, I'm gonna play hardball." Tatum stated he knew how much this could hurt the County, and pointed to a case in which Cook County had to pay $54 million.

After explaining the incident to me, Tatum then went on to tell me that he was moved to 4D for a "bogus, made-up rule". It should be noted that rule #226-

| Incident Report Number | Incident Location: | Incident Date: |
| --- | --- | --- |
| 10-007721 | 949 N 9th St, Milwaukee, WI, 53233 | 10/21/2010 |

Excessive Lock-Ins, has been a 4D movable rules violation for over 10 years. Based on previous reports, and the inconsistencies in Tatum's statements, this matter will be considered closed at this time.

| Reporting Officer(s): | ID Number | ID Number | Pages:: |
| --- | --- | --- | --- |
| Gottschalk, Det. Mitchell L. | 110376 | | 3 Of 3 |