# RULES VIOLATION REPORT

INMATE NAME: Tatum, Robert
(Last, First, Middle)
S/R: M/B DOB: 08-02-80

C/CJIS BOOKING # 041972204 HOUSING AT TIME OF INCIDENT: SNB 06

DATE OF INCIDENT: 05/25/11 TIME OF INCIDENT: 1120

Capt. Jaskulski (notified on the scene.)

Immediate action taken: (remained in pod, moved to ______)

Use of Force by: Inmate / Deputy

| RULE # | DESCRIPTION OF VIOLATION |
|---|---|
| 1. 221 | Violation of telephone or mail regulations |
| 2. 212 | Committing any act that disrupts the orderly operation of jail |
| 3. 208 | Disobeying verbal or written orders from staff |
| 4. 213 | Threats to another person |
| 5. | |
| 6. | |

A Disciplinary hearing will be held on ______________ (date) at ________ (time).

Inmate provided hearing notice and written copy of violations on ______________ (date)

at ________ (time). Deputy Signature: ______________

BRIEF STATEMENT OF FACTS SUPPORTING VIOLATION(S):

Inmate Tatum used the pay phone on his time out to have someone make a 3 way call (221) to the Wisconsin Circuit Courts. Additional staff was requested to move Tatum to another cell and collect his property (212). Tatum then began kicking his cell door. (208). Then stated "if he comes out of his cell at all, he is going to fuck someone up." (213)

EXHIBIT S

DEPUTY SIGNATURE: [signature] J. Gibson BADGE #: 116 DATE: 5/25/11

Reports are "completed & attached" (Circle one) "being reviewed" Per Sgt: [signature]

Case 2:11-cv-01131-LA Filed 02/21/13 Page 1 of 5 Document 166-20

**From:** Peter Jaskulski/Sheriff_Dept/Milwaukee County
**To:** SHF_Jail_Sgts, SHF_Jail_Lieutenants
**Cc:** SHF_Jail_Captains, Kevin Nyklewicz/Sheriff_Dept/Milwaukee County@milwco

**Date:** Wednesday, May 25, 2011 01:22PM
**Subject:** Tat um

---

Robert Tatum called branch 19 (information from Deputy Callies) through a three-way call hook-up today. I took his phone privileges away and had officer Gibson begin the discipline process.

Peter R. Jaskulski, Captain
Milwaukee County Sheriff's Office
County Correctional Facility Central
414-226-7054
peter.jaskulski@milwcnty.com

Milw Cnty Sheriff's Office

# Incident Report

| Incident: | | | |
|---|---|---|---|
| Disobeying Orders from Staff | | | |
| **Incident Report Number:** 11-003630 | **Between: Date - Time** | **And/At: Date-Time** 5/25/11 | 11:20 |
| **Incident Location:** 949 N 9th St, Milwaukee, WI, 53233 | | | |
| **CFS Code-1:** J208 | **CFS Code-2:** J212 | **CFS Code-3:** J213 | **CFS Code-4:** J221 |
| **CFS Code-5:** | **CFS Code-6:** | **CFS Code-7:** | **CFS Code-8:** |

| Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|
| | | |

| Address: (Address, City, State, Zip) | Home Phone Number |
|---|---|
| Employer | Work Phone Number |
| Employer Address | Cell Phone Number |

| Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|
| | | |

| Address: (Address, City, State, Zip) | Home Phone Number |
|---|---|
| Employer | Work Phone Number |
| Employer Address | Cell Phone Number |


**SUMMARY**

Inmate Robert Tatum used a payphone in Special Needs Sub Pod B to make a 3 way call to the WI Circuit Courts and therefore violated our jail telephone regulations and needed to be placed on pending discipline status. Because of this status, additional staff was needed to move Inmate Tatum and pack up his property and in doing so, Tatum threatened staff.


| Vehicle Information: (Year, Make, Model, Style, Color) | | | | |
|---|---|---|---|---|
| **License Number:** | **State:** | **Expiration Year:** | **Vin:** | **Insurance Company:** |
| **Other Vehicle Information:** | | | | **NCIC#** |

| Reporting Officer(s): | Payroll Number: | Payroll Number: | Report Date: |
|---|---|---|---|
| Gibson, CO James R. | 141820 | | |

| Time Received: | Time Cleared: | Unit(s) Assigned: | Pages: |
|---|---|---|---|
| 11:20:00 | | | 1 Of 3 |

| Reviewed by: | Payroll Number | Copy To |
|---|---|---|
| Novotny, Sgt James J. | 109931 | |

Date:

CFS Code-1: J208

Incident Report Number: 11-003630

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 11-003630 | 949 N 9th St, Milwaukee, WI, 53233 | 05/25/2011 |

**NARRATIVE**

On Wednesday, May 25, 2011, I, Correctional Officer (CO) James Gibson, was assigned to work in full duty uniform, first shift (0600-1400 hours), for the Milwaukee County Sheriff's Office at the Milwaukee County Correctional Facility-Central (CCFC), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin.

At approximately 1120 hours, I was assigned to Special Needs, a Special Management Unit, working with inmates who suffer from various social and psychological disorders along with CO Cheri Schmitz . I received a telephone call from Deputy Van Callies asking me what time Inmate Robert Tatum (M/B, DOB 08-02-80, Booking Number 041972204) had been on the phone approximately 15 minutes ago. I informed him that Inmate Tatum had been. A few moments later I received a phone call from Captain (Capt.) Peter Jaskulski informing me that Inmate Tatum had used the pay phone in Dayroom B of Special Needs to make a 3 way call to the Wisconsin Circuit Courts. (Rule violation 221 and 208)) Capt. Jaskulski told me that effective immediately Inmate Tatum has lost all phone privileges and is to be placed on discipline for violating the telephone regulations of the facility. I telephoned Sergeant (Sgt) James Novotny and Informed him of the situation as well.

At approximately 1300 hours, Sgt. James Novotny, Sgt. Matthew Paradise, and Corrections Officers Justin Georgeson and Calvin Smith arrived in Special Needs to assist in moving Inmate Tatum from cell number 6 to cell number 2 in Sub Pod B of Special Needs. (Rule violation 212) Inmate Tatum was escorted to cell number 2 without incident and his property packed up and placed in the property closet of Special Needs. Tatum began kicking his cell door violently and yelling, "If I come out of this cell at all, I am going to fuck someone up." (Rule violation 213) Approximately fifteen minutes later the kicking of the door and screaming from the cell ceased.

| Reporting Officer(s): | ID Number: | DC Number: | Pages: |
|---|---|---|---|
| Gibson, CO James R. | 141820 | | 2 Of 3 |

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 11-003630 | 949 N 9th St, Milwaukee, WI, 53233 | 05/25/2011 |

**NAMES**

**Reporting Correctional Officer**
Gibson, CO James W/M of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Assisting Correctional Officer-1**
Schmitz, CO Cheri C W/F of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Supervisor-1**
Jaskulski, Captain Peter R W/M of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Supervisor-2**
Novotny, Sergeant James J W/M of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Assisting Correctional Officer-2**
Smith, CO Calvin B/M of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Assisting Correctional Officer-3**
Georgeson, CO Justin B/M of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Supervisor-3**
Paradise, Sergeant Matthew S W/M of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

---