# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ROBERT L. TATUM,

                    Plaintiff,

             -vs-                    Case No.   11-CV-1131

DAVID A. CLARKE, JR., et al.,

                    Defendants.

## DECISION AND ORDER

          The plaintiff has filed his fourth motion for reconsideration of the Court's September 23, 2014, order granting in part and denying in part the defendants' motion for summary judgment. He challenges the Court's dismissal of his due process and privacy claims. In its order denying the plaintiff's first motion for reconsideration, the Court found that Tatum's arguments did not demonstrate that the Court erred in analyzing (and dismissing) these claims, that the Court had thoroughly considered the parties' arguments relative to the claims, and that Tatum had not shown that the Court made a manifest error of law or fact. The Court will deny the plaintiff's fourth motion for reconsideration.

          **IT IS THEREFORE ORDERED** that the plaintiff's motion for reconsideration (ECF No. 258) is **DENIED**.

          Dated at Milwaukee, Wisconsin, this 13th day of April, 2015.

                    **SO ORDERED,**

                    **HON. RUDOLPH T. RANDA**
                    **U. S. District Judge**