# PROPOSED VERDICT FORM

We, the jury, unanimously find with respect to the claims of Plaintiff as follows (place an "X" on the appropriate line for <u>each</u> claim):

1. **CLAIM I – PROCEDURAL DUE PROCESS**

    1a. For Defendant Melissa Elliott

    _____ For Plaintiff

    **OR**

    _____ For Defendant

    1b. For Defendant Tricia Carlson

    _____ For Plaintiff

    **OR**

    _____ For Defendant

2. **CLAIM II – PROCEDURAL DUE PROCESS, INSTITUTIONAL CLAIMS**

    For Defendant Sheriff Earnell Lucas

    _____ For Plaintiff

    **OR**

    _____ For Defendant

**IF YOU FOUND FOR DEFENDANTS ON ALL CLAIMS ABOVE, DO <u>NOT</u> COMPLETE THE BELOW SECTION RELATED TO CAUSATION, AND PROCEED TO SIGN THE VERDICT FORM ON THE LAST PAGE.**

**IF, HOWEVER, YOU FOUND FOR PLAINTIFF ON ONE OR MORE OF THE CLAIMS ABOVE, CONTINUE BELOW TO THE NEXT SECTION ON CAUSATION BEFORE SIGNING THE VERDICT FORM ON THE LAST PAGE.**

**3. Damages – Causation**

*For each defendant – answer <u>ONLY</u> if you found against that particular defendant on one or more Counts above. If you did not find against a defendant on any claim, skip this section for that particular defendant.*

3a. Defendant Melissa Elliott

Do you find that the procedural due process violation by Defendant Melissa Elliott was a factual cause in an injury to Robert Tatum? (Answer **only** if you found that Defendant Elliott was deliberately indifferent in Claim I, above).

YES _____ NO _____

3b. Defendant Tricia Carlson

Do you find that the procedural due process violation by Defendant Tricia Carlson was a factual cause in an injury to Robert Tatum? (Answer **only** if you found that Defendant Carlson was deliberately indifferent in Claim I, above).

YES _____ NO _____

3c. Defendant Sheriff Earnell Lucas

Do you find that the procedural due process violation by Defendant Earnell Lucas was a factual cause in an injury to Robert Tatum? (Answer **only** if you found that Defendant Lucas was deliberately indifferent in Claim II, above).

YES _____ NO _____

## Jury Signatures

SO SAY WE ALL:

_____
Foreperson

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: _____