ROBERT L. TATUM,
      **Plaintiff,**

   **v.**                                    **Case No. 11-C-1131**

**EARNELL R. LUCAS, TRICIA CARLSON**
**and MELISSA ELLIOTT,**
      **Defendants.**

_____

## <u>ORDER</u>

**IT IS ORDERED** that the plaintiff's motion for reconsideration (ECF No. 579) is

**DENIED**. The plaintiff is warned that any further motions filed in the district court while

this case is on appeal will result in a monetary sanction of $1,000 along with an order

prohibiting the plaintiff from filing documents in this court until the sanction is paid. *See*

*Support Systems Int'l, Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995).

Dated at Milwaukee, Wisconsin, this 9th day of June, 2022.

<u>/s/Lynn Adelman</u>\_\_\_\_
LYNN ADELMAN
United States District Judge